# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODNEY BERNARD BARNO,<br><br>　　　　　　　Petitioner,<br><br>v.<br><br>RALPH DIAZ, Warden,<br><br>　　　　　　　Respondent. | Civil No.　13cv1772-WQH(RBB)<br><br>**SUMMARY DISMISSAL OF SECOND OR SUCCESSIVE PETITION PURSUANT TO 28 U.S.C. § 2244(b)(3)(A) GATEKEEPER PROVISION** |

　　　　Petitioner, Rodney Bernard Barno, a state prisoner proceeding pro se, has submitted a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254, together with a request to proceed in forma pauperis. The Court does not reach Petitioner's application to proceed in forma pauperis because this case is summarily dismissed pursuant to 28 U.S.C. § 2244(b)(3)(A) as indicated below.

## PRIOR FEDERAL HABEAS PETITIONS DENIED ON THE MERITS

　　　　The instant Petition is not the first Petition for a Writ of Habeas Corpus Mr. Barno has submitted to this Court challenging his conviction in San Diego Superior Court Case No. SCD177819.

　　　　On December 31, 2008, Petitioner filed in this Court a Petition for Writ of Habeas Corpus, Case No. 08cv2439. In that petition, he challenged his conviction in San Diego Superior Court Case No. SCD177819. On August 31, 2012, this Court denied that petition on

the merits. (See Order filed Aug. 31, 2012 in Case No. 08cv2439.) Petitioner appealed that determination to the Ninth Circuit, an appeal that appears not to have been decided yet.

### INSTANT PETITION BARRED BY GATEKEEPER PROVISION

Petitioner now seeks to challenge the same conviction he challenged in his prior federal habeas petition. Unless a petitioner shows he or she has obtained an order from the appropriate court of appeals authorizing the district court to consider a second or successive petition, the petition may not be filed in the district court. See 28 U.S.C. § 2244(b)(3)(A). Here, there is no indication the Ninth Circuit Court of Appeals has granted Petitioner leave to file a second or successive petition.

### CONCLUSION

Because there is no indication Petitioner has obtained permission from the Ninth Circuit Court of Appeals to file a second or successive petition, this Court cannot consider this Petition. Accordingly, the Court **DISMISSES** this action without prejudice to Petitioner's filing a petition in this court if he obtains the necessary order from the Ninth Circuit Court of Appeals, and **DENIES** the accompanying motion to proceed in forma pauperis as moot. *The Clerk of Court is instructed to send to Petitioner a blank Ninth Circuit Application for Leave to File Second or Successive Petition along with a copy of this order.*

**IT IS SO ORDERED.**

DATED: 8/6/13

William Q. Hayes
United States District Judge

CC: ALL PARTIES